IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr220-1-V
3:92cr286-2-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LAMORRIS WATSON | ) | |

**THIS MATTER** is before the Court upon Defendant's motion for a continuance of the sentencing and SRV hearings scheduled for the 13 June 2005 sentencing term in the Charlotte Division. For the reasons stated in Defendant's motion, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for a continuance is **GRANTED** and the hearings are hereby continued from the 13 June 2005 Sentencing Term in the Charlotte Division to the next available term in the Charlotte Division.

Signed: June 9, 2005

Richard L. Voorhees
United States District Judge